Mark L. Eisenhut, Bar No. 185039
  meisenhut@calljensen.com
Ryan M. McNamara, Bar No. 223606
  rmcnamara@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax:  (949) 717-3100

JS-6

```
          FILED
CLERK, U.S. DISTRICT COURT

      July 21, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY:      VPC       DEPUTY
```

Attorneys for Defendants FIV, LLC
and PPR Lakewood Adjacent, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>      Plaintiff,<br><br>  vs.<br><br>FIV, LLC dba EAST SIDE MARIO'S;<br>PPR LAKEWOOD ADJACENT, LLC,<br><br>      Defendants. | Case No.  2:16-cv-02654-SJO-AJW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  April 18, 2016<br>Trial Date:  None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Martin Vogel's claims and causes of action as alleged in the above-referenced action.

2. The parties are to bear their respective costs, fees, attorneys' fees, and expenses.

**IT IS SO ORDERED.**

*S. James Otero*

Dated: July 21, 2016

Hon. S. James Otero
United States District Judge